# * * * * * UNITED STATES DISTRICT COURT * * * * *

## NORTHERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.  6:01-CV-0234 (LEK/DEP)**

**BILLIE L. AUSTIN,**

      **Plaintiff,**

 v.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

      **Defendant,**

_____ **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__ **DECISION by COURT.**  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in the above entitled action, the Report-Recommendation of the Honorable Gustave J. DiBianco, United States Magistrate Judge for the Northern District of New York, dated June 7, 2005, is APPROVED and ADOPTED it its ENTIRETY; and it is further ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; In accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated July 19, 2005.

**DATE:**  July 19, 2005

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the**
**Honorable Lawrence E. Kahn**